| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
| --- | --- | --- |
| **Ahren Tiller SBN 250608**<br>**Bankruptcy Law Center, APC**<br>**1230 Columbia St. Ste. 1100**<br>**San Diego, CA 92101**<br>ATTORNEY FOR **Plaintiff** | **(619) 894-8831** | |
| CENTRAL DISTRICT, LOS ANGELES - ROYBAL BLDG<br>255 East Temple St.<br>Los Angeles, CA 90012 | | |
| SHORT TITLE OF CASE:<br>Dawson, Timothy v. Synchrony Bank | | |
| DATE: TIME: DEP./DIV. | | CASE NUMBER:<br>2:19-cv-00201-DMG-KS |
| **Declaration of Service** | | Ref. No. or File No:<br>TD_SY01 |

United States District Court

I certify that I am authorized to serve the Summons and Complaint in the within action pursuant to F.R.Civ.P 4(c) and that I served the:

**Complaint; Summons; Civil Cover Sheet; Certificate of Interested Parties; Initial Standing Order; ADR Information Packet;**

On: **Synchrony Bank**

I served the summons at:

**818 West Seventh St. 930 Los Angeles, CA 90017**

On: **1/18/2019** Date: **02:10 PM**

In the above mentioned action by personally serving to and leaving with

**Albert Damonte - Agent for CT Corp.**

A declaration of diligence and/or mailing is attached if applicable

Person attempting service:

a. Name: **Judith Smith**
b. Address: **15345 Fairfield Ranch Rd Suite 200, Chino Hills, CA 91709**
c. Telephone number: **909-664-9577**
d. **The fee** for this service was: **100.00**
e. I am an independent contractor:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.

**Judith Smith** Date: **01/18/2019**