Ahren A. Tiller Esq. [SBN: 250608]
BLC Law Center, APC
1230 Columbia St., Ste 1100
San Diego, CA 92101
Phone (619) 894-8831
Facsimile: (866) 444-7026

Attorneys for Plaintiff
TIMOTHY DAWSON

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

|  |  |
|---|---|
| | Case No.: 2:19-cv-00201-DMG-KS |
| | NOTICE OF SETTLEMENT |
| TIMOTHY DAWSON, | |
|       Plaintiff, | |
|   vs. | |
| SYNCHRONY BANK, | |
|       Defendant(s), | Judge: Hon. Dolly M. Gee |
| | Magistrate: Hon. Karen L. Stevenson |

TO THE HONORABLE COURT, TO ALL PARTIES HEREIN, AND TO THEIR RESPECTIVE COUNSEL OF RECORD: PLEASE TAKE NOTICE that Plaintiff has settled his claims as to all Defendants, subject to a confidential agreement.

Plaintiff TIMOTHY DAWSON and Defendant SYNCHRONY BANK intend to file a joint motion for dismissal with prejudice as to all Defendants within thirty (30) days or less. In light of the settlement, Plaintiff requests the Court take off

1   calendar all future hearings and deadlines in this case.

2

3   Dated: <u>March 4, 2019</u>                          by: <u>/s/ Ahren A. Tiller</u>
                                                           Ahren A. Tiller
4                                                          BLC Law Center, APC
                                                           Attorney(s) for Plaintiff
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28