Ahren A. Tiller Esq. [SBN: 250608]
BLC Law Center, APC
1230 Columbia St., Ste 1100
San Diego, CA 92101
Phone (619) 894-8831
Facsimile: (866) 444-7026

Attorneys for Plaintiff
TIMOTHY DAWSON

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| TIMOTHY DAWSON,<br><br>       Plaintiff,<br><br>vs.<br><br>SYNCHRONY BANK,<br><br>       Defendant(s), | Case No.: 2:19-cv-00201-DMG-KS<br><br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE OF ENTIRE ACTION AND AS TO ALL DEFENDANTS**<br><br>Judge: Hon. Dolly M. Gee<br><br>Magistrate: Hon. Karen L. Stevenson |

Plaintiff TIMOTHY DAWSON ("Plaintiff") and Defendant SYNCHRONY BANK ("Defendant") by and through their undersigned Counsel, respectfully submit this Stipulation for Dismissal as to all Defendants pursuant to Fed. R. Civ. P. 41 (a)(1)(B) with prejudice.

WHEREAS, on March 4, 2019, Plaintiff filed a Notice of Settlement (ECF No. 14).  In the Notice of Settlement, Plaintiff informed the Court that the parties would later file a Joint Stipulation for Dismissal with Prejudice (*Id.*).

- 2 -

1  WHEREAS, the Parties seek to have this case to have this case dismissed in its entirety with prejudice as to Defendant Synchrony Bank, as the Parties entered into a settlement agreement requiring Plaintiff to seek dismissal with prejudice.

THEREFORE, the parties hereby jointly request the Court dismiss the action in its entirety, and as to all Defendants, with prejudice.

Dated: March 19, 2019             by: /s/ Ahren A. Tiller
                                                Ahren A. Tiller
                                                BLC Law Center, APC
                                                Attorney(s) for Plaintiff

Dated: March 19, 2019             by: /s/ Patil Derderian
                                                Patil Derderian
                                                Reed Smith LLP
                                                Attorney(s) for Defendant

**SIGNATURE CERTIFICATION**

Pursuant to Civ. L.R. 5-4.3.4, I certify that the content of this document is acceptable to counsel for the Defendant and that I have obtained authorization from Defendant's counsel to affix his electronic signature to this document.

DATED: March 19, 2019

BLC Law Center

By   */s/ Ahren A. Tiller*
    Ahren A. Tiller
    BLC Law Center
    Attorneys for Plaintiff