# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| TIMOTHY DAWSON,<br><br>    Plaintiff,<br><br>vs.<br><br>SYNCHRONY BANK,<br><br>    Defendant, | Case No.: CV 19-201-DMG (KSx)<br><br>**ORDER APPROVING STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE [16]** |

    Based upon the Stipulation of Plaintiff TIMOTHY DAWSON and Defendant SYNCHRONY BANK, to dismiss the entire action as to all Defendants with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(B) [Doc. # 16], and good cause appearing, this Court hereby orders the above-captioned action dismissed with prejudice as to all Defendants.

**IT IS SO ORDERED**

DATED: March 19, 2019

                                          _/s/ Dolly M. Gee_
                                          DOLLY M. GEE
                                          UNITED STATES DISTRICT JUDGE